**People of the State of Illinois, Plaintiff-Appellee, v. Solomon Dawson, (Impleaded), Defendant-Appellant.**

Gen. No. 51,583. 

First District, Second Division.

March 12, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (John J. Van Zeyl and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Robert B. Rosen, Assistant State's Attorneys, of counsel), for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**